# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
JENNIFER BROWN  
4682 JULIAN DR  
COLUMBUS, OH  43227

Case No:   03-63764

Judge:   John E. Hoffman Jr.

SSN(S):   XXX-XX-6104

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   September 23, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| JENNIFER BROWN<br>4682 JULIAN DR<br>COLUMBUS, OH  43227 | 22.16 |